IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sonya Pearson,<br><br>        Plaintiff,<br><br>vs.<br><br>Maricopa County Community College District, et al.,<br><br>        Defendants. | No.  CV-19-05475-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 23) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 13th day of March, 2020.

Honorable Steven P. Logan
United States District Judge